January 27, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

District Court/Agency: USDC Hawaii (Honolulu)
Lower Court Number: CV-03-00016-SOM
Appeal Number: 03-16247
Short Title: Flowers v. Secretary of the U S

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 31 2006
DISTRICT OF HAWAII

Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 2 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 0 | Envelopes | | 0 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.